1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5084
7      Fax: (408) 535-5066
       E-mail: john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )  CASE NO. 13-00076-RMW
                                     )
15          Plaintiff,                )  STIPULATION AND [] ORDER
                                     )  EXCLUDING TIME UNDER THE SPEEDY TRIAL
16     v.                             )  ACT
                                     )
17  LENNIE LUAN LE, et al.,          )
                                     )
18          Defendants.               )
                                     )
19

20      The above-captioned case came before the court on Monday, December 16, 2013. The

21  defendants were personally present and were represented by counsel. Counsel for the United States was

22  present. At the conclusion of the hearing, the court ruled as follows:

23      Upon request of the government and the defendants, the court hereby sets this case for a status

24  hearing to take place on Monday, March 24, 2014 at 9:00 a.m. Pursuant to Title 18, United States Code,

25  Section 3161(h)(8), the court excludes the period of time from December 16, 2013 through and

26  including March 24, 2014 from the computation of the period of time within which the trial must

27  commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of

28  STIPULATION AND [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL
    ACT
                                            1

1  the public and the defendants in a speedy trial.   The court bases this finding on the need for the
2  defendants to review voluminous discovery that is about to be provided to them by the government and
3  to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18
4  U.S.C. Section 3161(h)(8)(B)(iv).

6  It is so ORDERED:

8  Dated: _____       _____
                                 RONALD M. WHYTE
9                                United States District Judge
                                 Northern District of California

28 STIPULATION AND [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

2