E-FILED on 9/21/2015

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LENNIE LUAN LE and QUOC CHI TRAN,<br><br>Defendants. | CR-13-0076-RMW<br><br>STIPULATION BIFURCATING FORFEITURE COUNTS AND WAIVING JURY ON THE BIFURCATED COUNTS |

The indictment in this case includes two forfeiture allegations. The first forfeiture allegation seeks forfeiture of property used in a gambling operation pursuant to 18 U.S.C. § 1955(d). The second allegation asserts forfeiture of proceeds of specified unlawful activity as called for under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. 2461(c). The parties stipulate that these forfeiture counts can be bifurcated and tried by the court without a jury following the verdict in the trial of the first three counts.

1. The defendants Lennie Luan Le and Quoc Chi Tran hereby waive their right to a jury trial on the forfeiture counts;

2. The government consents to the jury waiver;

3. Mr. Le and Mr. Tran understand that they have the right to have the forfeiture allegations tried by a jury;

4. Mr. Le and Mr. Tran understand that a jury trial would mean that the forfeiture allegations would be tried by 12 people who must all agree on the verdict:

5. If the waiver is accepted, the court (judge) will try the case and make the decision on the forfeiture allegations; and

Counsel for Mr. Le and Mr. Tran confirm that they have discussed the advantages and disadvantages of a trial by jury with their clients.

DATED: September 21, 2015

_____
LENNIE LUAN LE

_____
JOHN J. JORDAN
Attorney for Lennie Luan Le

_____
QUOC CHI TRAN

_____
BENJAMIN WINN WILLIAMS
Attorney for Quoc Chi Tran

Attorney for the United States

I find that each defendant has knowingly and voluntarily agreed to bifurcation and knowingly and voluntarily waived the right to a jury trial on the bifurcated forfeiture counts.

DATED: 9/21/2015

_____
RONALD M. WHYTE
United States District Judge